UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVDOKIA KARRA,

Plaintiff,

*-against-*

ROSCOMMON ANALYTICS LLC, *and* KEVIN KELLEY,

Defendants.

**ORDER**

26-cv-06535 (ER)

RAMOS, D.J.:

On July 30, 2026 Evdokia Karra filed the instant complaint against Roscommon Analytics LLC ("Roscommon") and Kevin Kelley ("Kelley") (collectively, "Defendants"). Doc. 1. On September 2, 2026, a clerk's certificate of default was entered against Roscommon for its failure to answer or otherwise move with respect to the complaint. Doc. 19. On October 9, 2026, Defendants filed two joint letters. The first letter requested a premotion conference regarding an anticipated motion to dismiss the complaint against Kelley. Doc. 24. The second letter requested a premotion conference for leave to file a motion to vacate the clerk's certificate of default and grant Roscommon leave to file a late answer. Doc. 25. On October 15, 2026, the Court directed Kelley to respond to Defendants' letters and scheduled a premotion conference on October 27, 2026. Doc. 26.

Karra opposes Defendants' request to file a motion to dismiss the complaint against Kelley. Doc. 27. Karra does not oppose Defendants' request to vacate the certificate of default against Roscommon or permit Roscommon to file a late answer. Doc. 28.

The Court grants Defendants' request to vacate the certificate of default against Roscommon for good cause pursuant to the Federal Civil Rules of Civil Procedure 55(c). The Court respectfully directs the Clerk of Court to vacate the certificate of default issued on

September 2, 2026. Doc. 19. The Court also grants Roscommon leave to file its answer under appropriate designation.

The conference on October 27, 2026 will proceed as scheduled to consider Kelley's request to file a motion to dismiss the complaint.

It is SO ORDERED.

Dated: October 23, 2026
New York, New York

EDGARDO RAMOS
United States District Judge